# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Jennifer Ann Jasmaine f/k/a Duane L. Fox, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:18-cv-00314-FDW |
| | ) | |
| vs. | ) | |
| | ) | |
| North Carolina Prison Legal Services, Defendant(s). | ) ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 20, 2019 Order.

August 20, 2019

_Frank G. Johns_
Frank G. Johns, Clerk
United States District Court